Court, Appellate Division, Second Department. November 14, 1913.) Action by Elsa Wittgren, as administratrix, etc., of Nies Bernhard Wittgren, deceased, against the Wells Bros. Company of New York. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of Wittgren v. Wells Bros. Co., 141 App. Div. 693, 126 N. Y. Supp. 896; Id., 149 App. Div. 961, 134 N. Y. Supp. 1150.

———

WITTGREN, Appellant, v. WELLS BROS. CO. OF NEW YORK, Respondent (Supreme Court, Appellate Division, Second Department. December 22, 1913.) Action by Elsa Wittgren, as administratrix, etc., against the Wells Bros. Company of New York. No opinion. Motion denied. The appellant may apply for an order that respondent show cause on Tuesday, December 30, 1913, at 2 p. m., why a reargument should not be ordered. See, also, 149 App. Div. 961, 134 N. Y. Supp. 1150; 144 N. Y. Supp. 1151.

———

WITTGREN, Appellant, v. WELLS BROS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Elsa Wittgren, as administratrix, etc., against the Wells Bros. Company of New York. No opinion. Motion to dismiss the motion for reargument denied, without costs. Motion for reargument granted, and case set down for Monday, January 12, 1914. See, also, 144 N. Y. Supp. 1151.

———

WODZINSKI, Appellant, v. O'CONNELL et al., Respondents. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Frank Wodzinski against Timothy O'Connell, Jr., and another. R. Link, of New York City, for appellant. J. B. Henney, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

———

YELLOW TAXICAB CO. v. GAYNOR. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by the Yellow Taxicab Company against William J. Gaynor. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 144 N. Y. Supp. 599.

YELLOW TAXICAB CO. v. GAYNOR. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by the Yellow Taxicab Company against William J. Gaynor. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 144 N. Y. Supp. 599; 144 N. Y. Supp. 1151.

———

YELLOW TAXICAB CO., Respondent, v. GAYNOR, Mayor, et al., Appellants. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by the Yellow Taxicab Company against Wm. J. Gaynor, as Mayor, etc., and others. H. Crone, of New York City, for appellants. H. B. Leary, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 N. Y. Supp. 1151.

———

ZACK, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Theodore Zack, an infant, by Abraham Zack, his guardian ad litem, against Nathan Cohen and others.

PER CURIAM. Judgment and order unanimously affirmed, as against the defendant Cohen, with costs; judgment and order, as against the defendants Simon and Louis Halperin, reversed, and new trial granted, costs to abide the event, on the ground that there is no evidence that these two defendants were the owners of the premises, or in possession and control of the premises, alleged to have been negligently maintained.

———

ZANG v. JOLINE et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Rosie Zang, an infant, etc., against Adrian H. Joline and others, as receivers. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 858.

———

In re ZEREGA. (Supreme Court, Appellate Division, First Department. December 12, 1913.) In the matter of Augustus Zerega, deceased. No opinion. Order (81 Misc. Rep. 113, 142 N. Y. Supp. 144) affirmed, with $10 costs and disbursements. Order filed.

END OF CASES IN VOL. 144

*